IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEMAREST D. CRAWL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil No. PJM 15-97 |
| v. | * | |
| | * | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL

Upon consideration of Defendant's Motion to Compel Arbitration and Stay All Proceedings (ECF No. 24), and the Opposition filed thereto, it is for the reasons stated in the accompanying Memorandum Opinion, this 29 day of January, 2016

**ORDERED**

1. Defendant's Motion to Compel Arbitration and Stay All Proceedings (ECF No. 24) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE SUBJECT TO ARBITRATION**;

3. The Clerk of Court is directed to **CLOSE** this case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE